Dismissed and
Memorandum Opinion filed February 17, 2011.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00543-CV

____________

 

DAHLIA M. GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE
OF THE ESTATE OF RICHARD A. BURNS, Appellant

 

V.

 

HOUSTON DISTRIBUTING COMPANY, INC. AND 

JOSE ORELLANO, Appellees

 



 

On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 2007-31261

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed May 7, 2010.  The
clerk’s record was filed August 12, 2010.  No reporter’s record was filed .  No
brief was filed.

            On December 23, 2010, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before January 24, 2011, the court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Brown,
Boyce, and Jamison.